F I L E D
1-21-11
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID BENT,

    Plaintiff,

v.      Civil Action No.: 3:11-cv-66-J-20TEM

SMITH, DEAN & ASSOCIATES, INC.,

and

GORDAN RAY SEVIGNY,

    Defendants.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, SMITH, DEAN & ASSOCIATES, by and through the undersigned counsel, Daniel W. Anderson, Esq., Anderson | Pinkard, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby files this Defendant's Notice of Removal, removing this action from the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, to the United States Court for the Middle District of Florida, Jacksonville Division. The removal of this action is based upon the following:

1.     This action was filed in the Circuit Court in the Fourth Judicial Circuit in and for Duval County, Florida on or about November 2, 2010. True and correct copies of the Complaint, and all other papers filed in this action are on attached CD disk, pursuant to 28 U.S.C. 1446 (a).

2.     The United States District Court has original jurisdiction over this action based upon complete diversity of citizenship. In this regard, 28 U.S.C. § 1331 states: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

3. The Plaintiff's Complaint seeks damages based upon Violation of the Telephone Consumer Protection Act (47 U.S.C. § 227), Violation of the Fair Debt Collection Practices Act (15 U.S.C. § 1692), Invasion of Privacy By Intrusion on Seclusion (15 U.S.C. § 1692), and Violation of the Florida Consumer Collection Practices Act (Fla. Stat. § 559.72).

4. Based on the allegations in the Complaint, the federal statutes under which Plaintiff has sued Defendants gives rise to jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b).

5. The Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1441(c).

6. Venue is proper in the Middle District of Florida, Jacksonville Division, because the Circuit Court action is pending within the jurisdictional confines of this District and Division. *See* 28 U.S.C. § 1443; 28 U.S.C. § 1446 (a); Local Rule 4.02.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal has been given to all parties in this action, and a copy of this Notice will be filed with the Clerk of the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, along with a copy of the Order from Federal Court once it has been entered.

Dated this 24th day of January 2011.

_____
Daniel W. Anderson, Esq.
Florida Bar No.: 490873
Tracy M. Henry, Esq.
Florida Bar No.: 073865
ANDERSON | PINKARD, P.A.
13577 Feather Sound Drive, Suite 670
Clearwater, FL 33762
Telephone: (727) 329-1999
Facsimile: (727) 329-1499
E-mail: danderson@floridalawpartners.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail this 24th day of January 2011 to:

**Jeremy Kespohl, Esq.**
135 2nd Avenue North, #1
Jacksonville Beach, FL 32250
Jeremy@bromagenlaw.com
(904) 242-0830 (facsimile)
Attorney for Plaintiff

**Michael Ross Cleaveland, Esq.**
**Anna S. Abbott, Esq.**
1309-105 St. Johns Bluff Road North
Jacksonville, FL 32225
Attorneys for Defendant Gordon Ray Sevigny

_____
Daniel W. Anderson, Esq.
Florida Bar No.: 490873
Tracy M. Henry, Esq.
Florida Bar No.: 073865

IN THE COUNTY COURT IN AND FOR
DUVAL COUNTY, FLORIDA

DAVID BENT

        Plaintiff,

v.

CASE NO: 16-2010-CC--10588 X
DIVISION: F

SMITH, DEAN & ASSOCIATES, INC.,

and

GORDAN RAY SEVIGNY,

        Defendants.

_____/

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA

To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

By Serving:
SMITH, DEAN & ASSOCIATES, INC.,
Ronald Smith, Registered Agent
101 Centry 21 Drive #107
Jacksonville, FL 32216

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, to wit:

whose address is:
JEREMY KESPOHL, ESQURIE
BROMAGEN & RATHET, P.A.
135 2nd Avenue North, Suite 1
Jacksonville Beach, FL 32250
Telephone (904) 242-0860
Facsimile (904) 242-0830

within 20 days after service of this summons on that defendant/respondent, exclusive of the day of service, and to file the original of the defenses with the Clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON November 2, 2010.

JIM FULLER
As Clerk of said Court

BY: *Tina Bernardi*
As Deputy Clerk
(Court Seal)

In The County Court, Duval County, Florida

David Bent

        Plaintiff(s),

vs.

Smith, Dean & Associates, Inc

        Defendant(s).

Case No.: 16-2010-CC-10588

**VERIFIED RETURN OF SERVICE**

JSO Control #:333186



Pursuant to the request of Bromagen & Rathet, P.A., received this process on 11/03/2010 at 6:29 AM to be served upon:

Smith, Dean & Associates, Inc

State of Florida
County of Duval    ss.

I, Fred Bullard, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On 11/04/2010 at 11:10 AM, I served the within Civil Action Summons; Complaint, Jury Demand and Written Discovery Requests; Plaintiff's Requests for Admissions to Defendant Smith, Dean & Associates, Inc on Smith, Dean & Associates, Inc at C/O Ronald Smith at 101 Century 21 Drive #107, Jacksonville, FL 32216 , , in the manner indicated below:

**CORPORATE SERVICE: F.S. 48.081 (3)(a):** By delivering a true copy of this process with the date and hour endorsed thereon by me to Molly Derrow, Manager authorized to accept of the above named corporation and informing him/her of the contents. Service was made in this fashion due to failure of the Registered Agent to comply with FS 48.091.

Description of person process was left with:

Sex: Female – Skin: Caucasian – Hair: Brown – Age: 40" – Height: 5'8" – Weight: 140

I asked the person spoken to if the person served was in the active military service of any of the armed forces of the United States of America or his/her state of residence and I received a negative reply.

Under penalty of perjury I declare that I have read the foregoing Verified Return Of Service and that the facts stated in it are true.

Atty: Jeremy Kespohl, Esq
ClientRef#:
135 2nd Avenue, North # 1
Jacksonville Beach Fl 32250

By: X _____
Fred Bullard – Cert/Appt#: # 360
Special Service of Jacksonville
729 Parker Street
Jacksonville, FL 32202
904-358-2122

*21313*

Cost Of Service: 40.00



IN THE COUNTY COURT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2010-CC-10588
DIVISION: F

DAVID BENT,
    Plaintiff,
v.
SMITH, DEAN & ASSOCIATES, INC.,
and
GORDON RAY SEVIGNY,
    Defendants.
_____/

## NOTICE OF APPEARANCE

YOU ARE HEREBY NOTIFIED that the undersigned attorney has been retained to represent the Defendant, GORDON RAY SEVIGNY, in this matter, and that all orders, pleadings, motions or other papers shall be served upon the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile and/or U.S. Mail to: Jeremy Kespohl, Esquire, BROMAGEN & RATHET, P.A., Attorney for Plaintiff, 135 2nd Avenue North, Suite One, Jacksonville Beach, Florida 32250, and Lisa Smith, Smith, Dean & Associates, 101 Century 21 Drive, #107, Jacksonville, Florida 32216, this 22nd day of December, 2010.

                                                      _____
                                                      Michael Ross Cleaveland, Esquire
                                                      Florida Bar Number 166448
                                                      **Anna S. Abbott, Esquire**
                                                      Florida Bar Number 55309
                                                      1309-105 St. Johns Bluff Road North
                                                      Jacksonville, Florida 32225
                                                      Telephone: (904) 642-2040
                                                      Facsimile: (904) 642-2041
                                                      Attorneys for Defendant Gordon Sevigny

12/22/10

IN THE COUNTY COURT IN OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA
CIRCUIT CIVIL

DAVID BENT,

        Plaintiff,              CASE NO.: 16-2010-CC-010588-XXXX-MA
                                       DIVISION: CC-F

v.

SMITH, DEAN & ASSOCIATES, INC.,

and

GORDAN RAY SEVIGNY,

        Defendants.
_____/

## NOTICE OF APPEARANCE

ANDERSON | PINKARD, P.A., and counsel, Daniel W. Anderson, Esquire, hereby give notice of their appearance as counsel for and on behalf of Defendants, SMITH, DEAN & ASSOCIATES, INC. The undersigned counsel requests that all pleadings, notices, correspondence, and other papers in this matter be directed to the undersigned at the address below.

Dated this 7th day of January 2011.

                                               ANDERSON | PINKARD

                                               _____
                                               Daniel W. Anderson, Esq.
                                               Florida Bar No.: 490873
                                               13577 Feather Sound Drive, Suite 670
                                               Clearwater, FL 33762
                                               Telephone: (727) 392-1999
                                               Facsimile: (727) 392-1499
                                               E-mail: danderson@floridalawpartners.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email, facsimile, and regular U.S. Mail this 7th day of January 2011 to:

**Jeremy Kespohl, Esq.**
135 2nd Avenue North, #1
Jacksonville Beach, FL 32250
Jeremy@bromagenlaw.com
(904) 242-0830 (facsimile)

Daniel W. Anderson, Esq.
Florida Bar No.: 490873



IN THE COUNTY COURT IN AND FOR
DUVAL COUNTY, FLORIDA

DAVID BENT

      Plaintiff,

v.

SMITH, DEAN & ASSOCIATES, INC.,

and

GORDAN RAY SEVIGNY,

      Defendants.
_____/

CASE NO:
DIVISION:

## PLAINTIFF'S REQUESTS FOR ADMISSIONS TO DEFENDANT SMITH, DEAN & ASSOCIATES, INC.

Plaintiff, DAVID BENT pursuant to Rule 1.370, Fla.R.Civ.P. hereby requests Defendant SMITH, DEAN & ASSOCIATES, INC. ("Defendant"), to make the following admissions within 45 days of service of this request:

"FDCPA" means Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

"FCCPA" means Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.*

"TCPA" means Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*

"Plaintiff" means DAVID BENT

"Defendant" means SMITH, DEAN AND ASSOCIATES, INC.,

"Debt" means the debt that Defendant was attempting to collect from the Plaintiff.

"Original Creditor" means the creditor with whom Plaintiff allegedly incurred the debt Defendant sought to collect from plaintiff. "Original Creditor" includes any client of

## Account History Report

| | | | |
|---|---|---|---|
| **FILE NUMBER:** | 000525655 | **STATUS:** DNW | |
| **NAME:** | BENT, DAVID | **SSN:** 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 | |
| **OTHER:** | | **ACCOUNT:** | |
| **ADDRESS:** | 3527 UPHILL TERRACE | | |
| | JACKSONVILLE, FL 32225 | | |
| **HOME PHONE:** | 904-662-7844 | | |
| **WORK PHONE:** | 904-317-3500 | | |
| **RECEIVED:** | 8/25/2010 | **CLOSED:** 9/14/2010 | **RETURNED:** |
| **LAST PAID:** | | | |
| n/a: | Null | n/a | n/a |
| Customer: | 0001348-CORNWELL TOOLS - GORDON SEVIGN | | |
| ORIGINAL | 930.63 | **PAID:** .00 | **CURRENT:** 930.63 |

### NOTES

```
8/25/2010 10:36:13 AM  101  +++++  +++++  Letter 00100 Requested
8/25/2010 3:30:08 PM   500  +++++  +++++  Desk Changed From | 103 To 500
8/25/2010 3:30:12 PM   500  TR     WN     Bad Number was 904-236-7176 | 0 - Primary Debtor
8/25/2010 3:30:12 PM   500  +++++  +++++  Status Changed from NEW | ACT
8/25/2010 3:31:22 PM   500  CO     CO     CALLED DTR'S POE AUCTION DIRECT...ON HOLD.. DTR OFF SICK TOD
8/25/2010 3:31:22 PM   500  --->   --->   AY
8/25/2010 3:31:22 PM   500  +++++  +++++  Status Changed From | NEW
8/25/2010 3:42:37 PM   103  SK     SK     SKIP TRACED FOUND JAMES BENT DTR'S FATHER 978-667-2136 LMCOM
8/25/2010 3:42:37 PM   103  --->   --->   CALLED 978-667-3210 WRONG # CALLED AUSTIN BENT 772-287-4943
8/25/2010 3:42:37 PM   103  +++++  +++++  Status Changed From | NEW
8/25/2010 4:10:20 PM   500  +++++  +++++  Home Phone (0) Changed From |
8/25/2010 4:10:44 PM   500  DT     TT     TT DTR DUNED FOR BIF..GAVE ALL M/G INFO
8/25/2010 4:34:40 PM   500  TE     TT     DTR'S BOSS IS CHRIS SYS GM IS BOB SHATHAR DTR WORKS 8-5..
8/30/2010 10:51:25 AM  101  CO     CO     REC CERTIFED LETTER CEASE COMMUNICATIONS
9/14/2010 12:50:30 PM  101  +++++  +++++  Status Changed | ACT | DNW | Account Closed
9/16/2010 12:32:25 PM  101  CO     CO     SENT LETTER WITH COPIES OF ALL STATMENTS..
```

### PAYMENTS

| DAVID BENT 16-2010-CC-010588-XXXX-MA | |
|---|---|
| | Division: CC-F |
| | Clerk File Date: 11/02/2010 |
| Fee's / Fines: $0.00 | |

Party(s)

| Full Name | Party Type | Sex | Race | DOB | License # | Address |
|---|---|---|---|---|---|---|
| BENT, DAVID | PLAINTIFF | | | | XXXX-XXX-XX-XXX-X | XXXXX |
| SMITH, DEAN AND ASSOCIATES, INC, | DEFENDANT | | | | XXXX-XXX-XX-XXX-X | XXXXX |
| Sevigny, Gordan Ray | DEFENDANT | | | | XXXX-XXX-XX-XXX-X | XXXXX |

Case Fee(s)

| Effective Date | Description | Amount | Paid | Balance | In Collections |
|---|---|---|---|---|---|
| 11/02/2010 | CO/CNTYCIV | $320.00 | $320.00 | $0.00 | |
| 01/05/2011 | CO/COUNTER/CROSS-CLAIM>2500 | $295.00 | $295.00 | $0.00 | |
| 01/05/2011 | SUMMONS($10/ea) | $10.00 | $10.00 | $0.00 | |

Court Event(s)

| Date | Type | Location | Cancelled |
|---|---|---|---|
| 2/8/2011 | NOTICE OF HEARING | 301 CHAMBERS | NO |

Docket(s)

| Image | Effective Date | Count | Description | |
|---|---|---|---|---|
| | 11/2/2010 | | CIVIL COMPLAINT - NOT OTHERWISE CODED | • |
| | 11/2/2010 | | CASE FEES PAID: $320.00 ON RECEIPT NUMBER 1137879 | |
| | 11/2/2010 | | COMPLAINT, SUMMONS ISSUED (2) | • |
| | 11/2/2010 | | REQUEST FOR JURY TRIAL | |
| | 11/2/2010 | | REQUEST FOR ADMISSIONS | • |
| | 11/2/2010 | | REQUEST TO PRODUCE | |
| | 11/8/2010 | | SUMMONS RETURNED INDICATING SERVICE 110410 SMITH, DEAN & ASSOC. INC. | • |
| | 11/10/2010 | | MOTION FOR APPOINTMENT FOR SPECIAL PROCESS SERVER | |
| | 11/22/2010 | | ANSWER | • |
| | 11/30/2010 | | MOTION FOR DEFAULT | • |
| | 12/2/2010 | | MOTION TO STRIKE /FOR DEFAULT | • |
| | 12/3/2010 | | ORDER GRANTING MOTION APPOINTING SPECIAL PROCESS SERVER | |
| | 12/9/2010 | | SUMMONS RETURNED INDICATING SERVICE 12062010 | • |
| | 12/13/2010 | | NOTICE OF HEARING 02/08/2011 11:00 AM - 301 CHAMBERS | |
| | 12/23/2010 | | NOTICE OF APPEARANCE OF COUNSEL | • |
| | 12/23/2010 | | MOTION TO DISMISS | • |

| | 12/30/2010 | | RESPONSE TO DEFT'S GORDAN RAY SEVIGNY'S MOTION TO DISMISS PLTF COMPLAINT |
|---|---|---|---|
| | 1/5/2011 | | CASE FEES PAID: $305.00 ON RECEIPT NUMBER 1181175 |
| | 1/5/2011 | | CROSSCLAIM AGAINST DFT SMITH, DEAN & ASSOCIATES INC AND DEMAND FOR JURY TRIAL |
| | 1/5/2011 | | Crossclaim Issued To Smith, Dean, Assoc. |

IN THE COUNTY COURT IN OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA
CIRCUIT CIVIL

DAVID BENT,

        Plaintiff,             CASE NO.: 16-2010-CC-010588-XXXX-MA
                                     DIVISION: CC-F

v.

SMITH, DEAN & ASSOCIATES, INC.,

and

GORDAN RAY SEVIGNY,

        Defendants.
_____/

## NOTICE OF FILING

COMES NOW Defendant, SMITH, DEAN & ASSOCIATES, INC., by and through its undersigned counsel, and hereby give notice to this Court of the filing of Defendant's Notice of Removal **Exhibit "A."**

Dated this 26th day of January 2011.

                                            ANDERSON | PINKARD

                                            _____
                                            Daniel W. Anderson, Esq.
                                            Florida Bar No.: 490873
                                            13577 Feather Sound Drive, Suite 670
                                            Clearwater, FL 33762
                                            Telephone: (727) 392-1999
                                            Facsimile: (727) 392-1499
                                            E-mail: danderson@floridalawpartners.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email, facsimile, and regular U.S. Mail this 26th day of January 2011 to:

Jeremy Kespohl, Esq.
135 2nd Avenue North, #1
Jacksonville Beach, FL  32250
Jeremy@bromagenlaw.com
 (904) 242-0830 (facsimile)
Attorney for Plaintiff

Michael Ross Cleaveland, Esq.
Anna S. Abbott, Esq.
1309-105 St. Johns Bluff Road North
Jacksonville, FL  32225
Attorneys for Defendant Gordon Ray Sevigny

_____
Daniel W. Anderson, Esq.
Florida Bar No.: 490873

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID BENT,

       Plaintiff,

v.                                  Civil Action No.:_____

SMITH, DEAN & ASSOCIATES, INC.,

and

GORDAN RAY SEVIGNY,

       Defendants.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

    Defendant, SMITH, DEAN & ASSOCIATES, by and through the undersigned counsel, Daniel W. Anderson, Esq., Anderson | Pinkard, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby files this Defendant's Notice of Removal, removing this action from the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, to the United States Court for the Middle District of Florida, Jacksonville Division. The removal of this action is based upon the following:

    1.    This action was filed in the Circuit Court in the Fourth Judicial Circuit in and for Duval County, Florida on or about November 2, 2010. True and correct copies of the Complaint, and all other papers filed in this action are on attached CD disk, pursuant to 28 U.S.C. 1446 (a).

    2.    The United States District Court has original jurisdiction over this action based upon complete diversity of citizenship. In this regard, 28 U.S.C. § 1331 states: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."


EXHIBIT A

3. The Plaintiff's Complaint seeks damages based upon Violation of the Telephone Consumer Protection Act (47 U.S.C. § 227), Violation of the Fair Debt Collection Practices Act (15 U.S.C. § 1692), Invasion of Privacy By Intrusion on Seclusion (15 U.S.C. § 1692), and Violation of the Florida Consumer Collection Practices Act (Fla. Stat. § 559.72).

4. Based on the allegations in the Complaint, the federal statutes under which Plaintiff has sued Defendants gives rise to jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b).

5. The Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1441(c).

6. Venue is proper in the Middle District of Florida, Jacksonville Division, because the Circuit Court action is pending within the jurisdictional confines of this District and Division. *See* 28 U.S.C. § 1443; 28 U.S.C. § 1446 (a); Local Rule 4.02.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal has been given to all parties in this action, and a copy of this Notice will be filed with the Clerk of the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, along with a copy of the Order from Federal Court once it has been entered.

Dated this 24th day of January 2011.

_____
Daniel W. Anderson, Esq.
Florida Bar No.: 490873
Tracy M. Henry, Esq.
Florida Bar No.: 073865
ANDERSON | PINKARD, P.A.
13577 Feather Sound Drive, Suite 670
Clearwater, FL 33762
Telephone: (727) 329-1999
Facsimile: (727) 329-1499
E-mail: danderson@floridalawpartners.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail this 24th day of January 2011 to:

Jeremy Kespohl, Esq.
135 2nd Avenue North, #1
Jacksonville Beach, FL 32250
Jeremy@bromagenlaw.com
(904) 242-0830 (facsimile)
Attorney for Plaintiff

Michael Ross Cleaveland, Esq.
Anna S. Abbott, Esq.
1309-105 St. Johns Bluff Road North
Jacksonville, FL 32225
Attorneys for Defendant Gordon Ray Sevigny

_____
Daniel W. Anderson, Esq.
Florida Bar No.: 490873
Tracy M. Henry, Esq.
Florida Bar No.: 073865