**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID BENT,

       Plaintiff,

                             Case No.:  3:11-cv-00066-HES-TEM

v.

SMITH, DEAN & ASSOCIATES, INC.
and GORDON RAY SEVIGNY,

       Defendants.

_____/

GORDON RAY SEVIGNY,

     Cross-Plaintiff,

v.

SMITH, DEAN & ASSOCIATES, INC.,

     Cross-Defendant

_____/

**DEFENDANT'S AMENDED MOTION TO DISMISS
CROSSCLAIM FOR FAILURE TO  STATE A CLAIM
AND INCORPORATED MEMORANDUM OF LAW**

COMES NOW, Defendant, SMITH, DEAN & ASSOCIATES, INC. ("SMITH DEAN"),

by and through undersigned counsel, pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 3.01,

and moves to dismiss Cross-Plaintiff's Cross-Claim for failure to state a claim upon which relief

may be granted, and in support thereof, states:

1.      Cross-Plaintiff filed the instant Cross-Claim on January 4, 2011.  (DE 8).

2.      In Count I, Cross-Plaintiff alleges that Cross-Plaintiff and Smith Dean "entered

into a contract whereby Smith, Dean & Associates agreed to provide debt collection services to

Defendant/Cross-Plaintiff." (Cross-Claim at ¶ 7).  Cross-Plaintiff further alleges that Smith Dean

breached that contract.

3.      Cross-Plaintiff attached Exhibit A to the Cross-Claim as evidence of the alleged

contract between Cross-Plaintiff and Smith Dean. (Cross-Claim at ¶ 7).

4.      In Count II, Cross-Plaintiff alleges that in the contract, Smith Dean "agreed to

indemnify and hold harmless Defendant/Cross-Plaintiff any claim against Defendant/Cross-

Plaintiff arising out of the debt collection services provided by Smith, Dean & Associates."

(Cross-Claim at ¶ 17).

5.      The document attached as Exhibit A to the Cross-Claim purports to be an

agreement between Cross-Plaintiff and Smith Dean.  However, there is no indication on the face

of the document that it indeed embodies any agreement between the two parties, and is unsigned.

## MEMORANDUM OF LAW

Any defendant to a complaint may move to dismiss such a complaint under Rule 12(b)(6)

for "failure to state a claim on which relief can be granted." *See* Fed. R. Civ. P. 12(b)(6). To

survive a motion to dismiss**,** a plaintiff's complaint must include "enough facts to state a claim to

relief that is plausible on its face."  Davis v. Jackson, 2010 U.S. Dist. LEXIS 59582 (M.D. Fla.

2010), *citing* Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570, 127 S. Ct. 1955, 167 L. Ed. 2d

929 (2007).  A motion to dismiss is the proper recourse for failing to attach a necessary exhibit to

a complaint.  Safeco Insurance Co. of America v. Ware, 401 So.2d 1129 (Fla. 4th DCA 1981).

Florida Rule of Civil Procedure 1.130 states that all contracts upon which an action may

be brought shall be incorporated in or attached to the pleading.  Federal Rule of Civil Procedure

10(c) states that a copy of an exhibit to a pleading "is part of the pleading for all purposes."

While there is no explicit requirement in federal courts to attach a copy of the writing on which

the claim for relief is based, it stands to reason that when such a writing is attached to a pleading, it must indeed support the claims being made.  An unexecuted contract with the name of only one party cannot possibly support a claim for breach of contract, and cannot show that there was any offer, acceptance, consideration, or performance of any of the terms of the contract.  As such, the Cross-Plaintiff has not pled facts sufficient to support a plausible claim for breach of contract or indemnification.

Due to the fact that Cross-Plaintiff failed to attach an executed contract evidencing any agreement between the parties, the Cross-Claim should be dismissed.

WHEREFORE, Defendant SMITH, DEAN & ASSOCIATES, INC., requests that this Court enter an Order dismissing the Cross-Claim for failure to state a claim upon which relief may be granted.

Respectfully submitted, this 4th day of February 2011.

**ANDERSON | PINKARD, P.A.**

/s/ Tracy Martinell Henry, Esq.

Tracy Martinell Henry, Esq.
Florida Bar No.: 073865
Daniel W. Anderson, Esq.
Florida Bar No.: 490873
13577 Feather Sound Drive, Suite 670
Clearwater, FL 33762
Telephone:  (727) 329-1999
Facsimile:  (727) 329-1499
E-mail:  thenry@floridalawpartners.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of February 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, who will provide notice of filing to CM/ECF participants.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following:

**Jeremy Kespohl, Esq.**
Bromagen & Rathet, P.A.
135 2nd Avenue North, Suite One
Jacksonville, FL  32250

**Anna S. Abbot, Esq.**
1309-105 St. Johns Bluff Road North
Jacksonville, FL 32225

/s/ Tracy Martinell Henry, Esq.

Tracy Martinell Henry, Esq.
Florida Bar No.: 073865