IN THE UNITED STATES DISGRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID BENT                   CASE NO: 3:11-cv-00066-J-TEM
    Plaintiff,
v.
SMITH, DEAN & ASSOCIATES, INC.,

And

GORDAN RAY SEVIGNY,
    Defendants.
_____

GORDAN RAY SEVIGNY,
    Cross-Plaintiff
v.

SMITH, DEAN & ASSOCIATES, INC.,
    Cross-Defendants
_____/

## PLAINTIFF DAVID BENT'S NOTICE OF DISMISSAL OF WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT GORDAN RAY SEVIGNY

Plaintiff, DAVID BENT, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal with Prejudice of his claims filed against GORDAN RAY SEVIGNY in the above-styled cause. Both Plaintiff and Defendant Bent have agreed to be responsible for their own attorney's fees and costs as it relates to the action against one another in this case.

## CERTIFICATE OF SERVICE

      I hereby certify that I furnished a true and correct copy of the above and foregoing by regular U.S. Mail on August 4, 2011 to: TRACY HENRY, Esquire, Attorney for Smith, Dean & Associates, Anderson & Pinkard, 135 Feather Sound Drive, #670. Clearwater FL 33762 and ANNA ABBOTT, Esquire Attorney for GORDAN RAY SEVIGNY, 1309-105 St. Johns Bluff Road North, Jacksonville FL 32225

                                                      BROMAGEN & RATHET, P.A.

                                                      JEREMY KESPOHL
                                                      Fla. Bar No. 0035979
                                                      Attorney for Plaintiff
                                                      135 2nd Avenue North, Suite One
                                                      Jacksonville Beach, FL 32250
                                                      (904) 242-0860 Telephone
                                                      (904) 242-0830 Facsimile
                                                      Jeremy.Kespohl@Bromagenlaw.com