UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID BENT,

    Plaintiff,

vs.                                                  CASE NO.  3:11-cv-66-J-TEM

SMITH, DEAN & ASSOCIATES, INC.,

    Defendant.
_____

GORDAN RAY SEVIGNY,

    Cross-Plaintiff

vs.

SMITH, DEAN & ASSOCIATES, INC.,

    Cross-Defendants
_____

**O R D E R**

It has come to the Court's attention that Plaintiff David Bent filed a notice of voluntary dismissal with prejudice as to claims against Defendant Gordan Ray Sevigny (Doc. #31) on August 25, 2011.  Defendant/Cross-Plaintiff Gordan Ray Sevigny filed a notice of voluntary dismissal with prejudice as to claims against Defendant Smith, Dean & Associates (Doc. #34) on October 3, 2011.  The parties have agreed to be responsible for their own attorney's fees and costs as it relates to the action against one another in this litigation.

Accordingly, it is hereby **ORDERED:**

1. The claims asserted by Plaintiff David Bent against Defendant Gordan Ray Sevigny in this litigation, including claims for attorney's fees and costs, be dismissed with prejudice.

2. The claims asserted by Cross-Plaintiff Gordon Ray Sevigny against Cross-Defendant Smith, Dean & Associates, Inc. in this litigation, including claims for attorney's fees and costs, be dismissed with prejudice.

3. All claims asserted by Plaintiff David Bent against Defendant Smith, Dean & Associates remain pending.

**DONE AND ORDERED** at Jacksonville, Florida this  18th  day of October, 2011.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
All Counsel of Record
*Pro Se* Parties, if any