IN THE UNITED STATES DISGRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID BENT,                                    CASE NO: 3:11-CV-66-J-20TEM

        Plaintiff,
v.

SMITH, DEAN & ASSOCIATES, INC.,

        Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, DAVID BENT, by and through her undersigned attorneys, hereby files its Notice of Voluntary Dismissal without Prejudice of the instant action.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true copy of the foregoing was provided via US Mail this 3rd day of July, 2014, to: Ronald Smith, SMITH, DEAN & ASSOCIATES, INC., 101 Century 21 Drive #107, Jacksonville, FL 32216

        BROMAGEN & RATHET, P.A.

        Jeremy Kespohl, Esquire
        Fla. Bar No. 0035979
        Brooks C. Rathet, Esquire
        Fla. Bar No. 0077658
        Attorneys for Plaintiff
        135 2ND Avenue North, Suite 1
        Jacksonville Beach, FL  32250-5847
        (904) 242-0860  Telephone
        (904) 242-0830  Facsimile
        jeremy.kespohl@bromagenlaw.com